IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

TERRY COLEY,

    Petitioner,

vs.

DEBORAH A. HICKEY, Warden,

    Respondent.

CIVIL ACTION NO.: CV207-154

## ORDER

Presently before the Court are Petitioner Terry Coley's ("Coley") Objections to the Magistrate Judge's Report, wherein he recommended Respondent's Motion to Dismiss be granted and that Coley's petition for writ of habeas corpus be dismissed.

In his Objections, Coley asserts the Magistrate Judge should not have construed his petition, which was filed pursuant to 28 U.S.C. § 1651, as being brought pursuant to 28 U.S.C. § 2241; rather, Coley, asserts, his petition should be construed as a petition for writ of *audita querela*[1]. Coley contends he did not have a reasonable opportunity to challenge his sentence through a 28 U.S.C. § 2255 motion, and, thus, section 2255's remedy was inadequate or ineffective. Coley also contends the failure to provide collateral review would raise "serious constitutional questions." (Doc. No. 12, p. 3).

---

[1] *Audita querela* is a "writ available to a judgment debtor who seeks a rehearing of a matter on grounds of newly discovered evidence or newly existing legal defenses." This writ is "distinguished from coram nobis in that coram nobis attacks the judgment itself, whereas audita querela may be directed against the enforcement, or further enforcement, if a judgment which when rendered was just and unimpeachable." Black's Law Dictionary 141 (8th ed. 2004).

Even if the Court were to construe Coley's petition as he desires, his petition still would be a challenge to the legality of the sentence imposed in the Northern District of Georgia. Accordingly, section 2255 would provide the proper avenue of relief for Coley. Coley's remaining Objections likewise are without merit.

After an independent review of the record, the undersigned adopts the Magistrate Judge's Report and Recommendation as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**, and Coley's petition for writ of habeas corpus is **DISMISSED**.

SO ORDERED, this 12 day of June, 2008.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE